IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| CATERPILLAR INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:12-CV-01017 (JBM) (JAG) |
| v. ) | |
| ) | Hon. Joe Billy McDade |
| ESCO CORPORATION, ) | |
| ) | |
| Defendant. ) | |

**RULE 41(a)(1)(A)(ii) STIPULATION OF DISMISSAL WITH PREJUDICE OF COUNTS I AND II OF PLAINTIFF CATERPILLAR INC.'S COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff Caterpillar Inc. and defendant ESCO Corporation, pursuant to a negotiated settlement agreement, hereby stipulate to the DISMISSAL WITH PREJUDICE of Counts I and II of Caterpillar's Verified Complaint. A Proposed Agreed Order is attached as Exhibit A.

Dated:  February 13, 2012

Respectfully submitted,

/s/ Brian D. Sieve
Brian D. Sieve, P.C. (#6199741)
Bradley H. Weidenhammer (#6284229)
(*admission pending*)
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile:  (312) 862-2200
brian.sieve@kirkland.com
bradley.weidenhammer@kirkland.com

*Counsel for ESCO Corporation*

/s/  Edward H. Williams
John M. Touhy (#3128400)
Edward H. Williams (#6217053)
BAKER & HOSTETLER LLP
Suite 3100
191 North Wacker Drive
Chicago, Illinois 60606
312-416-6229
Fax: 312-416-6201
jtouhy@bakerlaw.com
ehwilliams@bakerlaw.com

Timothy L. Bertschy (#199931)
John P. Heil , Jr. (#6237286)
HEYL ROYSTER VOELKER & ALLEN

Suite 600
124 SW Adams Street
Peoria, Illinois 61602
309-676-0400 ext 201
Fax: 309-676-3374
tbertschy@heylroyster.com
jheil@heylroyster.com

**Counsel for Caterpillar Inc.**